UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81687-AHS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**GLOBAL PURSUIT OF DELRAY LLC,**
**a Florida limited liability company,**

    Defendant.

_____/

### **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  January 13, 2023

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By   *s/ Roderick V. Hannah* | By   *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Andrew Kamensky, Esq.
McMICHAEL TAYLOR GRAY, LLC
3275 West Hillsboro Boulevard, Suite 312
Deerfield Beach, FL  33442
(404) 474-7149
adrew@mtglaw.com
akamensky@mtglaw.com

*Attorneys for Defendant*
*GLOBAL PURSUIT OF DELRAY LLC*

    /s/ *Roderick V. Hannah*
Roderick V. Hannah